**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 29, 2004**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10602
_____

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

versus

ANTHONY RAY ALLEN,

Defendant/Appellee.

_____

No. 03-10611
_____

UNITED STATES OF AMERICA,

Plaintiff/Appellant,

versus

BILLY GENE MOORE,

Defendant/Appellee.

_____

Appeals from the United States District Court
for the Northern District of Texas, Dallas Division
District Court Cause No. 3:02-CR-301

_____

Before JONES, WIENER and PRADO, Circuit Judges.[1]

PER CURIAM.

The court has considered the appellant's argument in light

---

[1]Pursuant to 5th Cir. R. 47.5, this Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

of oral argument, the briefs and pertinent portions of the record.  Having done so, we find no reversible error and affirm for essentially the reasons stated by the district court.

AFFIRMED.